

**IT IS ORDERED as set forth below:**

Date: May 2, 2017

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **FELICIA MONIQUE LUCAS,** | ) | CASE NO.: **15-71222-**JRS |
| | ) | |
| Debtor. | ) | |

**ORDER ON MOTION TO SHORTEN NOTICE TIME**

This matter arose upon Debtor's "Emergency Motion to Incur New Debt by Obtaining Mortgage to Purchase Real Property and Obtaining Credit Card" ("Motion"), which was filed in the above-styled Chapter 13 case on April 28, 2017. In the Motion, Debtor states that a shortened notice time is necessary and is in the best interest of the Debtor. Upon review of the record and pleadings in this case, and for good cause shown:

IT IS HEREBY ORDERED that Debtor's Motion to Shorten Notice Time is GRANTED: The hearing on Debtor's Emergency Motion to Incur New Debt by Obtaining Mortgage to Purchase Real Property and Obtaining Credit Card (Doc. 39) shall be heard on May 9, 2017 at 10:45 AM in Courtroom 1404, U.S. Courthouse, 75 Ted Turner Drive, Atlanta, Georgia.

Upon the entry of the order and notice, Debtor's counsel will notice all creditors and parties in interest via facsimile, email or regular mail and file a certificate of service within three days from the posting of this Order.

**[END OF DOCUMENT]**

PRESENTED BY:

/s/
Jonathan Proctor
GA Bar No.: 890603
The Semrad Law Firm
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
678-668-7160
**Attorney for Debtor**
**atlcourtdocs@gmail.com**

**Distribution List**

Felicia Lucas
871 Langston Trace
Stone Mountain, GA 30083

*(See attached for additional mailing list)*

```
Label Matrix for local noticing          Americredit Financial Services, Inc. dba GM      AFNI
113E-1                                   PO Box 183853                                    404 Brock Drive
Case 15-71222-jrs                        Arlington, TX 76096-3853                         PO Box 3517
Northern District of Georgia                                                              Bloomington, IL 61702-3517
Atlanta
Mon May  1 11:53:46 EDT 2017

Aaron Sales & Lease Ow                   Ackerman Spence PLLC                             Afni
1015 Cobb Place Blvd Nw                  500 North Broadway Ste200                        Attention: Bankruptcy
Kennesaw, GA 30144-3672                  Jericho, NY 11753-2128                           1310 Martin Luther King Dr
                                                                                          Bloomington, IL 61701-1465

Allied Interstate                        (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN   Associated Credit Service
PO Box 361374                            PO BOX 183853                                    105B South St
Columbus, OH 43236                       ARLINGTON TX 76096-3853                          PO Box 9100
                                                                                          Hopkinton, MA 01748-2206

Atlantic Property Management             Atlas Acquisitions LLC                           Berman & Rabin PA
5205 Timber Ridge Rd                     294 Union St.                                    15280 Metcalf AVe.
Marietta, GA 30068-1539                  Hackensack, NJ 07601-4303                        Overland Park, KS 66223-2811

Capital Management Serv                  Capital One                                      Capital One Auto Finance
726 Exchange Street, Suite 700           Attn: Bankruptcy                                 3905 N Dallas Pkwy
Buffalo, NY 14210-1464                   Po Box 30285                                     Plano, TX 75093-7892
                                         Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.             Castle Pay Day                                   Central Credit Services
PO Box 71083                             PO BOX 704                                       PO Box 15118
Charlotte, NC  28272-1083                Watersmeet, MI 49969-0704                        Jacksonville, FL 32239-5118

Citibank / Sears                         Convergent                                       Credit Collections
Citicorp Credit Srvs/Centralized Bankrup PO Box 9004                                      PO Box 9134
Po Box 790040                            Renton, WA 98057-9004                            Needham Heights, MA 02494-9134
Saint Louis, MO 63179-0040

Dekalb General Finance Company           Department of Justice, Tax Div                   ER Solutions/Convergent Outsourcing, INC
3994 Lawrenceville Hwy                   Civil Trial Section, Southern                    Po Box 9004
Tucker GA 30084-4885                     PO Box 14198; Ben Franklin Sta                   Renton, WA 98057-9004
                                         Washington, DC 20044-4198

Enhanced Reccovery                       Fingerhut                                        Fortiva/atlanticus
10750 Hammerly Blvd #200                 6250 Ridgewood Rd                                Po Box 105555
Houston, TX 77043-2317                   St Cloud, MN 56303-0820                          Atlanta, GA 30348-5555

(p)GEORGIA DEPARTMENT OF REVENUE         Georgia Dept. of Labor                           Georgia Dept. of Labor
COMPLIANCE DIVISION                      Suite 826                                        Suite 910
ARCS BANKRUPTCY                          148 Andrew Young Inter. Blvd., NE                148 Andrew Young Inter. Blvd., NE
1800 CENTURY BLVD NE SUITE 9100          Atlanta GA 30303-1751                            Atlanta GA 30303-1751
ATLANTA GA 30345-3202
```

| | | |
|---|---|---|
| Ginnys/Swiss Colony Inc<br>Attn: Bankruptcy<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Hi Tech Medical Equipment<br>103-15 101 Street<br>Ozone Park, NY 11417-1707 |
| Hydroxatone<br>P.O. Box 1366<br>Hoboken, NJ 07030-1366 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East, Po Box 64378<br>St. Paul, MN 55164-0378 | Internal Revenue Service<br>401 W Peachtree St. NW<br>Stop 334-D<br>Atlanta, GA 30308 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LTS Management Services<br>2207 Concord Pike #250<br>Wilmington, DE 19803-2908 |
| Lithonia Finance<br>7046 Covington Hwy<br>Lithonia GA 30058-7651 | MCM<br>Dept. 12421<br>PO Box 603<br>Oaks, PA 19456-0603 | (p)MARINE FEDERAL CREDIT UNION<br>P O BOX 1336<br>JACKSONVILLE NC 28541-1336 |
| Marine Federal Credit<br>4180 Western Blvd<br>Jacksonville, NC 28546-6740 | Marine Federal Credit<br>Po Box 1551<br>Attn: Bankruptcy<br>Jacksonville, NC 28541-1551 | Midland Credit Management, Inc.<br>as agent for  MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Millenium Financial Group<br>3000 United Founders Blvd.<br>Ste 219<br>Oklahoma City, OK 73112-4279 | Mrs Bpo Llc<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 | National Credit Adjusters<br>P.O. Box 3023<br>Hutchinson, KS 67504-3023 |
| North Central Bronx Hospital<br>PO Box 5725 GPO<br>New York, NY 10087-5725 | Northland Group<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Office of Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 |
| Professional Claims Bureau, In<br>P.O. Box 9060<br>Hicksville, NY 11802-9060 | RJM Accquisitions LLC<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791-3426 | Resurgent Capital Serives<br>Attn: Susan Gaines<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Seventh Avenue<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Special Assistant U.S. Attorne<br>401 W. Peachtree Street, NW<br>STOP 1000-D, Suite 600<br>Atlanta, GA 30308 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | United States Attorney's Offic<br>75 Spring Street, S.W.<br>Suite 600 U.S. Courthouse<br>Atlanta, GA 30303-3315 | Verizon<br>500 Technology Dr Ste 30<br>Weldon Spring, MO 63304-2225 |

```
halsted financial services          Craig Z. Black                        Craig Z. Black
p.o.box 828                         The Semrad Law Firm, LLC              The Semrad Law Firm, LLC
Skokie, IL 60076-0828               Sterling Point II                     Sterling Point II
                                    303 Perimeter Center North            Suite 201
                                    Suite 201                             303 Perimeter Center North
                                    Atlanta, GA 30346-3425                Atlanta, GA 30346-3425

Felicia Monique Lucas               Jonathan A Proctor                    Nancy J. Whaley
871 Langston Trace                  The Semrad Law Firm, LLC              Nancy J. Whaley
Stone Mountain, GA 30083-2498       303 Perimeter Center North, #201      Standing Chapter 13 Trustee
                                    Atlanta, GA 30346-3425                303 Peachtree Center Avenue
                                                                          Suite 120
                                                                          Atlanta, GA 30303-1286
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americredit Financial Services, Inc.    Georgia Department of Revenue     Jefferson Capital Systems LLC
dba GM Financial                        Bankruptcy Unit                   Po Box 7999
PO Box 183853                           1800 Century Blvd. Suite 17200    Saint Cloud Mn 56302-9617
Arlington, TX 76096                     Atlanta, GA 30345-3205


Marine Fcu
4180 Western Blvd
Jacksonville, NC 28546
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Marine Federal Credit Union          End of Label Matrix
P O Box 1336                            Mailable recipients    65
Jacksonville, NC 28541-1336             Bypassed recipients     1
                                        Total                  66
```