## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Felicia Monique Lucas, | ) | Case No: 15-71222-JRS |
| | ) | |
| Debtor. | ) | JUDGE SACCA |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Order on Motion to Shorten Notice Time upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Felicia Lucas**
871 Langston Trace
Stone Mountain, GA 30083

*(See attached for additional mailing list)*

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

This 2nd day of May, 2017:

/s/_____
Jonathan Proctor
GA BAR NO. 890603
The Semrad Law Firm, LLC
303 Perimeter Center North
Suite 201
Atlanta, GA 30346
(678) 668-7160

```
Label Matrix for local noticing          Americredit Financial Services, Inc. dba GM    AFNI
113E-1                                    PO Box 183853                                  404 Brock Drive
Case 15-71222-jrs                         Arlington, TX 76096-3853                       PO Box 3517
Northern District of Georgia                                                             Bloomington, IL 61702-3517
Atlanta
Tue May  2 15:23:14 EDT 2017

Aaron Sales & Lease Ow                    Ackerman Spence PLLC                           Afni
1015 Cobb Place Blvd Nw                   500 North Broadway Ste200                      Attention: Bankruptcy
Kennesaw, GA 30144-3672                   Jericho, NY 11753-2128                         1310 Martin Luther King Dr
                                                                                         Bloomington, IL 61701-1465


Allied Interstate                         (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN Associated Credit Service
PO Box 361374                             PO BOX 183853                                  105B South St
Columbus, OH 43236                        ARLINGTON TX 76096-3853                        PO Box 9100
                                                                                         Hopkinton, MA 01748-2206


Atlantic Property Management              Atlas Acquisitions LLC                         Berman & Rabin PA
5205 Timber Ridge Rd                      294 Union St.                                  15280 Metcalf AVe.
Marietta, GA 30068-1539                   Hackensack, NJ 07601-4303                      Overland Park, KS 66223-2811



Capital Management Serv                   Capital One                                    Capital One Auto Finance
726 Exchange Street, Suite 700            Attn: Bankruptcy                               3905 N Dallas Pkwy
Buffalo, NY 14210-1464                    Po Box 30285                                   Plano, TX 75093-7892
                                          Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.              Castle Pay Day                                 Central Credit Services
PO Box 71083                              PO BOX 704                                     PO Box 15118
Charlotte, NC  28272-1083                 Watersmeet, MI 49969-0704                      Jacksonville, FL 32239-5118



Citibank / Sears                          Convergent                                     Credit Collections
Citicorp Credit Srvs/Centralized Bankrup  PO Box 9004                                    PO Box 9134
Po Box 790040                             Renton, WA 98057-9004                          Needham Heights, MA 02494-9134
Saint Louis, MO 63179-0040


Dekalb General Finance Company            Department of Justice, Tax Div                 ER Solutions/Convergent Outsourcing, INC
3994 Lawrenceville Hwy                    Civil Trial Section, Southern                  Po Box 9004
Tucker GA 30084-4885                      PO Box 14198; Ben Franklin Sta                 Renton, WA 98057-9004
                                          Washington, DC 20044-4198


Enhanced Reccovery                        Fingerhut                                      Fortiva/atlanticus
10750 Hammerly Blvd #200                  6250 Ridgewood Rd                              Po Box 105555
Houston, TX 77043-2317                    St Cloud, MN 56303-0820                        Atlanta, GA 30348-5555


(p)GEORGIA DEPARTMENT OF REVENUE          Georgia Dept. of Labor                         Georgia Dept. of Labor
COMPLIANCE DIVISION                       Suite 826                                      Suite 910
ARCS BANKRUPTCY                           148 Andrew Young Inter. Blvd., NE              148 Andrew Young Inter. Blvd., NE
1800 CENTURY BLVD NE SUITE 9100           Atlanta GA 30303-1751                          Atlanta GA 30303-1751
ATLANTA GA 30345-3202
```

```
Ginnys/Swiss Colony Inc              Gm Financial                         Hi Tech Medical Equipment
Attn: Bankruptcy                     Po Box 181145                        103-15 101 Street
1112 7th Ave                         Arlington, TX 76096-1145             Ozone Park, NY 11417-1707
Monroe, WI 53566-1364


Hydroxatone                          IC System                            Internal Revenue Service
P.O. Box 1366                        Attn: Bankruptcy                     401 W Peachtree St. NW
Hoboken, NJ 07030-1366               444 Highway 96 East, Po Box 64378    Stop 334-D
                                     St. Paul, MN 55164-0378              Atlanta, GA 30308


Internal Revenue Service             (p)JEFFERSON CAPITAL SYSTEMS LLC     LTS Management Services
P.O. Box 7346                        PO BOX 7999                          2207 Concord Pike #250
Philadelphia, PA 19101-7346          SAINT CLOUD MN 56302-7999            Wilmington, DE 19803-2908


Lithonia Finance                     MCM                                  (p)MARINE FEDERAL CREDIT UNION
7046 Covington Hwy                   Dept. 12421                          P O BOX 1336
Lithonia GA 30058-7651               PO Box 603                           JACKSONVILLE NC 28541-1336
                                     Oaks, PA 19456-0603


Marine Federal Credit                Marine Federal Credit                Midland Credit Management, Inc.
4180 Western Blvd                    Po Box 1551                          as agent for   MIDLAND FUNDING LLC
Jacksonville, NC 28546-6740          Attn: Bankruptcy                     PO Box 2011
                                     Jacksonville, NC 28541-1551          Warren, MI 48090-2011


Millenium Financial Group            Mrs Bpo Llc                          National Credit Adjusters
3000 United Founders Blvd.           1930 Olney Ave                       P.O. Box 3023
Ste 219                              Cherry Hill, NJ 08003-2016           Hutchinson, KS 67504-3023
Oklahoma City, OK 73112-4279


North Central Bronx Hospital         Northland Group                      Office of Attorney General
PO Box 5725 GPO                      PO Box 390846                        40 Capitol Square, SW
New York, NY 10087-5725              Minneapolis, MN 55439-0846           Atlanta, GA 30334-9057


Professional Claims Bureau, In       RJM Accquisitions LLC                Resurgent Capital Serives
P.O. Box 9060                        575 Underhill Blvd Ste 2             Attn: Susan Gaines
Hicksville, NY 11802-9060            Syosset, NY 11791-3426               P.O. Box 10587
                                                                          Greenville, SC 29603-0587


Seventh Avenue                       Seventh Avenue                       Special Assistant U.S. Attorne
1112 7th Avenue                      c/o Creditors Bankruptcy Service     401 W. Peachtree Street, NW
Monroe, WI 53566-1364                P.O. Box 800849                      STOP 1000-D, Suite 600
                                     Dallas, TX 75380-0849                Atlanta, GA 30308


U. S. Attorney                       United States Attorney's Offic       Verizon
600 Richard B. Russell Bldg.         75 Spring Street, S.W.               500 Technology Dr Ste 30
75 Spring Street, SW                 Suite 600 U.S. Courthouse            Weldon Spring, MO 63304-2225
Atlanta GA 30303-3315                Atlanta, GA 30303-3315
```

```
halsted financial services        Craig Z. Black                       Craig Z. Black
p.o.box 828                       The Semrad Law Firm, LLC             The Semrad Law Firm, LLC
Skokie, IL 60076-0828             Sterling Point II                    Sterling Point II
                                  303 Perimeter Center North           Suite 201
                                  Suite 201                            303 Perimeter Center North
                                  Atlanta, GA 30346-3425               Atlanta, GA 30346-3425


Felicia Monique Lucas             Jonathan A Proctor                   Nancy J. Whaley
871 Langston Trace                The Semrad Law Firm, LLC             Nancy J. Whaley
Stone Mountain, GA 30083-2498     303 Perimeter Center North, #201     Standing Chapter 13 Trustee
                                  Atlanta, GA 30346-3425               303 Peachtree Center Avenue
                                                                       Suite 120
                                                                       Atlanta, GA 30303-1286
```

                 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americredit Financial Services, Inc.   Georgia Department of Revenue        Jefferson Capital Systems LLC
dba GM Financial                       Bankruptcy Unit                      Po Box 7999
PO Box 183853                          1800 Century Blvd. Suite 17200       Saint Cloud Mn 56302-9617
Arlington, TX 76096                    Atlanta, GA 30345-3205



Marine Fcu
4180 Western Blvd
Jacksonville, NC 28546
```

                 The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Marine Federal Credit Union         End of Label Matrix
P O Box 1336                           Mailable recipients    65
Jacksonville, NC 28541-1336            Bypassed recipients     1
                                       Total                  66
```